■ HELEN FORMAN et al., Appellants, v. ROCHDALE VILLAGE, INC., Respondent.— In a negligence action to recover damages for personal injuries, etc., plaintiffs appeal from an order of the Supreme Court, Queens County, dated March 20, 1973, which granted defendant's motion for pretrial examination of plaintiff Helen Forman. Order reversed, with $20 costs and disbursements, and motion denied. Defendant's motion was not made within the time prescribed by rule 675.9 of the rules of this court (22 NYCRR 675.9) and there were no extenuating circumstances. Gulotta, P. J., Hopkins, Shapiro, Cohalan and Munder, JJ., concur.

■ In the Matter of the Estate of ELIZA J. EAKINS, Deceased. BELLE EAKINS, Appellant; WILLIAM J. EAKINS et al., Respondents.—Decree of the Surrogate's Court, Westchester County, dated February 25, 1974, affirmed, on the opinion of Surrogate Brewster, with costs to all parties appearing separately and filing separate briefs. Gulotta, P. J., Hopkins, Shapiro, Cohalan and Munder, JJ., concur. [79 Misc 2d 626.]

■ ALBERT LEVINE, Appellant, v. ROYAL INDEMNITY COMPANY, Respondent.— Order of the Supreme Court, Nassau County, dated March 14, 1974, affirmed insofar as appealed from, without costs. The decision by Special Term dismissing the defense that the complaint is insufficient, as a matter of law, on the ground that that contention could be raised under the denials in the answer did not pass upon the sufficiency of the complaint. In affirming, we do not reach that question. Gulotta, P. J., Hopkins, Shapiro, Christ and Munder, JJ., concur.